1  Leslie Holmes, Esq. (SBN: 192608)
   lholmes@hoganlaw.com
2  Stephen Joseph Usoz, Esq. (SBN: 189095)
   susoz@hoganlaw.com
3  Hogan Holmes & Usoz, LLP
   333 W. Santa Clara Street, Suite 300
4  San Jose, CA 95113
   Telephone: (408) 292-7600
5  Facsimile: (408) 292-7611

6  Attorneys for Plaintiff
   CHRISTINA TILETILE
7

8  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
9  Jesse J. Lad (SBN: 229389)
   jlad@meyersnave.com
10 MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
11 Oakland, California 94607
   Telephone: (510) 808-2000
12 Facsimile: (510) 444-1108

13 Attorneys for Defendant
   CITY OF SAN LEANDRO
14

15 Scott N. Kivel, (SBN: 154983)
   Law Offices of Scott N. Kivel
   scottkivel@kivellaw.com
16 200 Kentucky Street, Suite C
   Petaluma, CA 94952
17 Telephone: (707) 762-5526
   Facsimile: (707)762-5527
18

19 Attorneys for Defendant
   DEWAYNE STANCILL

20              UNITED STATES DISTRICT COURT

21            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  CHRISTINA TILETILE, | CASE NO. C09-00621 CRB |
| 23  Plaintiff, | |
| 24  v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| 25  CITY OF SAN LEANDRO, a public entity, SAN LEANDRO POLICE DEPARTMENT, a | |
| 26  public entity, DEWAYNE STANCILL, an individual, and DOES 1 through 100, | |
| 27  inclusive, | |
| 28  Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff CHRISTINA TILETILE ("Tiletile"), Defendant CITY OF SAN LEANDRO and Defendant DEWAYNE STANCILL (collectively referred to herein as "all Defendants") by and through their counsel of record, respectfully submit the present Stipulation dismissing Tiletile's Complaint in Case No. C09-00621. The parties further agree that Tiletile and all Defendants shall bear their own costs associated with the maintenance and defense of Case No. C09-00621 and all actions.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.     <u>Dismissal with prejudice.</u> Plaintiff CHRISTINA TILETILE dismisses with prejudice her Complaint in Case No. C09-00621 captioned "Christina Tiletile v. CITY OF SAN LEANDRO, a public entity, SAN LEANDRO POLICE DEPARTMENT, a public entity, DEWAYNE STANCILL, an individual, and DOES 1 through 100, inclusive" presently pending before this Court.

2.     <u>Costs.</u> Tiletile and all Defendants shall bear their own costs and fees incurred in the prosecution and defense of Case No. C09-00621. In no event shall any party to Case No. C09-00621 be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense or dismissal with prejudice of Case No. C09-00621.

**IT IS SO STIPULATED**

Dated: January __, 2010          HOGAN, HOLMES & USOZ, LLP

                                 By:_____
                                     STEPHEN JOSEPH USOZ
                                     Attorneys for Plaintiff CHRISTINA TILETILE

Dated: January __, 2010          MEYERS, NAVE, RIBACK, SILVER & WILSON

                                 By:_____
                                     JESSE LAD
                                     Attorneys for Defendant CITY OF SAN LEANDRO

Dated: January __, 2010          LAW OFFICES OF SCOTT N. KIVEL

                                 By:_____
                                     SCOTT N. KIVEL
                                     Attorneys for Defendant DEWAYNE STANCILL

1

# ORDER

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees. The Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED**

Dated:___January 29, 2010___



_____
JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order for Dismissal -- Tiletile.DOC

2