Leslie Holmes, Esq. (SBN: 192608)
lholmes@hoganlaw.com
Stephen Joseph Usoz, Esq. (SBN: 189095)
susoz@hoganlaw.com
Hogan Holmes & Usoz, LLP
333 W. Santa Clara Street, Suite 300
San Jose, CA 95113
Telephone: (408) 292-7600
Facsimile:  (408) 292-7611

Attorneys for Plaintiff
CHRISTINA TILETILE

Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
Jesse J. Lad (SBN: 229389)
jlad@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendant
CITY OF SAN LEANDRO

Scott N. Kivel, (SBN: 154983)
Law Offices of Scott N. Kivel
scottkivel@kivellaw.com
200 Kentucky Street, Suite C
Petaluma, CA 94952
Telephone: (707) 762-5526
Facsimile: (707)762-5527

Attorneys for Defendant
DEWAYNE STANCILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINA TILETILE, | CASE NO. C09-00621 CRB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** [PROPOSED] ORDER |
| CITY OF SAN LEANDRO, a public entity, SAN LEANDRO POLICE DEPARTMENT, a public entity, DEWAYNE STANCILL, an individual, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Stipulation for Dismissal of Entire Action with Prejudice; [Proposed] Order [C09-00621 CRB]

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff CHRISTINA TILETILE ("Tiletile"), Defendant CITY OF SAN LEANDRO and Defendant DEWAYNE STANCILL (collectively referred to herein as "all Defendants") by and through their counsel of record, respectfully submit the present Stipulation dismissing Tiletile's Complaint in Case No. C09-00621. The parties further agree that Tiletile and all Defendants shall bear their own costs associated with the maintenance and defense of Case No. C09-00621 and all actions.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal with prejudice</u>. Plaintiff CHRISTINA TILETILE dismisses with prejudice her Complaint in Case No. C09-00621 captioned "Christina Tiletile v. CITY OF SAN LEANDRO, a public entity, SAN LEANDRO POLICE DEPARTMENT, a public entity, DEWAYNE STANCILL, an individual, and DOES 1 through 100, inclusive" presently pending before this Court.

2. <u>Costs</u>. Tiletile and all Defendants shall bear their own costs and fees incurred in the prosecution and defense of Case No. C09-00621. In no event shall any party to Case No. C09-00621 be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense or dismissal with prejudice of Case No. C09-00621.

IT IS SO STIPULATED

Dated: January ___, 2010          HOGAN, HOLMES & USOZ, LLP

                                  By: _____
                                      STEPHEN JOSEPH USOZ
                                      Attorneys for Plaintiff CHRISTINA TILETILE

Dated: January 21, 2010           MEYERS, NAVE, RIBACK, SILVER & WILSON

                                  By: _____
                                      JESSE LAD
                                      Attorneys for Defendant CITY OF SAN LEANDRO

Dated: January 25, 2010           LAW OFFICES OF SCOTT N. KIVEL

                                  By: _____
                                      SCOTT N. KIVEL
                                      Attorneys for Defendant DEWAYNE STANCILL

1

Stipulation for Dismissal of Entire Action with Prejudice; [Proposed] Order [C09-00621 CRB]

## ORDER

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees. The Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED**

Dated: January 29, 2010

JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE



Stipulation and Order for Dismissal -- Tiletile.DOC